■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER K. PEAK, Appellant. [612 NYS2d 984] —Judgment unanimously affirmed. Same Memorandum as *People v Donato* (202 AD2d 1010 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Green, Lawton, Callahan and Doerr, JJ.